500 A.2d 417

**COMMONWEALTH of Pennsylvania**

**v.**

**Franklin E. SAFRIT, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 12, 1985.

Petition for Allowance of Appeal GRANTED, No. 74 M.D. Appeal Docket 1985.